**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **INTERACTIVE CONTENT ENGINES, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | **MO:25-CV-00430-DC** |
| **v.** | § | |
| | § | |
| **ZEE ENTERTAINMENT ENTERPRISES LIMITED,** | § | |
| *Defendant.* | § | |

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Before the Court is United States Magistrate Judge Derek T. Gilliland's Report and Recommendation (Doc. 31) concerning Defendant Zee Entertainment Enterprises Ltd.'s Motion to Dismiss (Doc. 21). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on June 11, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R and **GRANTS IN PART AND DENIES IN PART** the Motion. Specifically, the 12(b)(5) Motion is **GRANTED IN PART and DENIED IN PART**, and service is **QUASHED**. But Plaintiff is permitted an additional 120 days from the entry of this Order to re-serve Defendant. The 12(b)(2) Motion is **DENIED AS MOOT**, with leave to renew if and when service is effected.

It is so **ORDERED**.

**SIGNED this 27th day of June, 2026.**

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**

2